UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Wayne Traywick, § § § Plaintiff, § § versus § § Medical University of South Carolina, *et al.*, § § Defendants. § § § | Civil Action H-18-1430 |

## Opinion on Dismissal

This case has its origins in Wayne Traywick's removal from the Medical University of South Carolina in 1993. That problem was the subject of four other lawsuits, including one that was appealed to the United States Supreme Court in 1996. Traywick's allegations now include a dispute over the content of a Wikipedia page. He submitted an article, which Wikipedia decided to publish. The university asked Wikipedia to remove it. It did. Traywick is not injured, and these facts do not state a claim.

The university and the four people who work for it – David Cole, Lisa Saladin, Heather Woolwine, and Helen Adams – reside in South Carolina. This court does not have personal jurisdiction over them.

Signed on August 6, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge